AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Latisha Thomas <br><br> *Plaintiff(s)* <br> v. <br> City of New York, John Lee, Jeffrey Augustin, Josue Souffrance, Joe Lanza, Charles Burke, Tanisha Greenaway, Machado, Sean McClane, Alan Myrthil, R.Danese, Margaret D. Blow, Sherlivia Murchison et al <br> *Defendant(s)* | Civil Action No. 12 CV 5061 (FB) (SMG) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1) John Lee, 6th Precinct, 233 W. 10th St., NY, NY 10014; (2) Joe Lanza,18th Precinct, 306 W. 54th St., NY, NY 10019; (3) Tanisha Greenaway, 1 Police Plaza, NY, NY 10038, Machado, 79th, 263 Tompkins Ave., Bklyn, NY 11221 Charles Burke(same addres as above), Sean McClane (same as above), Alan Myrthil (same as above), Richard Danese (same as above), Margaret D. Blow, 248 Madison Ave, Apt. 1R, Bklyn, NY 11216, Sherlivia Murchison, 115 E. 11th Ave, Homestead, PA 15720, 248 Madison St. Housing Dev. Fund Corp., 248 Madison Ave, Bklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Offices of Ugo Uzoh, P.C.
304 Livingston Street, Suite 2R
Brooklyn, NY 11217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: __OCT 23 2013__

*Signature of Clerk or Deputy Clerk*