UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATISHA THOMAS,<br><br>      Plaintiff,<br><br> -against-<br><br>THE CITY OF NEW YORK, LIEUTENANT JOHN LEE, P.O. JEFFREY AUGUSTIN [SHIELD # 13952], P.O. JOSUE SOUFFRANCE [SHIELD # 30012], P.O. JOE LANZA [SHIELD # 17342], SERGEANT CHARLES BURKE [SHIELD # 1167], P.O. TANISHA GREENAWAY [TAX REG. # 938616], SERGEANT MACHADO, SERGEANT SEAN MCCLANE, SERGEANT ALAN MYRTHIL, P.O. RICHARD DANESE [SHIELD # 12075], MARGARET D. BLOW, SHERLIVIA MURCHISON, 248 MADISON STREET HOUSING DEVELOPMENT FUND CORPORATION, PETER NAKOS, NAPCO HOLDINGS LLC, AND JOHN DOE AND JANE DOE,<br><br>      Defendants. | 12 CV 5061<br>(FB) (SMG)<br><br>**NOTICE OF DISMISSAL** |

  TAKE NOTICE, the Plaintiff, LATISHA THOMAS, by her attorneys, The Law Offices of Ugo Uzoh, P.C., hereby gives notice that the above captioned action is voluntarily dismissed against defendants MARGARET D. BLOW, SHERLIVIA MURCHISON and 248 MADISON STREET HOUSING DEVELOPMENT FUND CORPORATION without prejudice.

Dated: Brooklyn, New York
   July 11, 2014

            UGO UZOH, P.C.

               /s/Ugochukwu Uzoh
      By: Ugochukwu Uzoh (UU-9076)
         Attorney for the Plaintiff
         304 Livingston Street, Suite 2R
         Brooklyn, NY 11217
         Tel. No: (718) 874-6045
         Fax No: (718) 576-2685
         Email: u.ugochukwu@yahoo.com

To:

    WENIG SALTIEL LLP
    Attorneys for Defendants Peter Nakos & Napco Holdings LLC
    26 Court Street, Suite 1200
    Brooklyn, NY 11242