# UGO UZOH, P.C.

ATTORNEYS AT LAW
304 LIVINGSTON STREET, SUITE 2R
BROOKLYN, NEW YORK 11217
TEL: (718) 874-6045, FAX: (718) 576-2685

July 11, 2014

**By ECF**

Honorable Steven M. Gold
United States Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Latisha Thomas v. City of New York, et al.
               12 CV 5061 (FB) (SMG)

Dear Judge Gold:

      This firm represents Plaintiff Latisha Thomas, in connection with the above referenced matter. In accordance with Your Honor's June 30, 2014, directive, requiring us to identify all remaining defendants and whether or not the instant action will continue against those defendants, I write to respectfully advise the Court that this matter has been dismissed and/or discontinued as against all named defendants. (*See* Docket Entries dated March 27, 2014, April 15, 2014 and June 30, 2014 (referencing Docket No. 53); Docket No. 51 (June 12, 2014, Letter n.1.); Docket No. 54.)

      Accordingly, the Court should direct the Clerk to mark the case closed as there are no remaining defendants and/or claims at this time.

      Thank you for your time and consideration in this regard.

                                Respectfully submitted,

                                /s/

                              Ugochukwu Uzoh

cc:    All Counsel [via ECF]